May 3, 1967.

A. No. 34. ANTHONY B. CROCE *v.* WHITING MILK COMPANY. Motion of plaintiff for leave to reargue denied. *Anthony E. Grilli,* for plaintiff. *Goodman, Semonoff & Gorin, Jordan Tanenbaum,* for defendant.

May 11, 1967.

M. P. No. 128. WILLIAM A. BURKE *v.* HAROLD V. LANGLOIS. Motion for leave to file petition for writ of habeas corpus denied. *William A. Burke,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Special Assistant Attorney General, for respondent.

EQUITY No. 3274. JOHN A. RASTELLA *v.* STATE OF RHODE ISLAND DEPARTMENT OF PUBLIC WORKS. Motion of petitioner for leave to reargue denied. *Raymond J. Surdut,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Charles G. Edwards,* Special Assistant Attorney General, for respondent.